August 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

### HARRIS COUNTY FLOOD CONTROL DISTRICT, Appellant

NO. 14-15-00077-CV                    V.

### H. BEN TAUB, KITCHCO REALTY, LTD., METCO REALTY, LTD., AND TEXAN LAND AND CATTLE II, LTD, Appellees

_____

This cause, an appeal from the judgment signed October 21, 2014 in favor of appellees H. Ben Taub, Kitchco Realty, Ltd., Metco Realty, Ltd., and Texan Land and Cattle II, Ltd., was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Harris County Flood Control District to pay all costs incurred in this appeal.

We further order this decision certified below for observance.